IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BASSFIELD IP LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. 6:22-CV-890-KC |
| **PARADIES LAGARDERE @ AUS, LLC,** | § § § § | |
| Defendant. | § § | |

## ORDER

On this day, the Court *sua sponte* considered the above-captioned case. Concurrently with the filing of this lawsuit, Plaintiff filed three others, alleging infringement of the same patent at issue here.[1] Plaintiff neglected to list the related cases in the space provided on the Civil Cover Sheet, ECF No. 1-2. To facilitate efficient docket management, all related cases are ordinarily allocated to the Judge that was randomly assigned the earliest-numbered related case.[2] Therefore, and with the consent of the receiving Judge, the Court finds that this case should be transferred to the docket of Judge Robert Pitman.

Accordingly, the Court **ORDERS** that the above-captioned case be **TRANSFERRED** to the docket of United States District Judge Robert Pitman. Pursuant to the most recent Order

---

[1] *See Bassfield IP, LLC v. Jimmy Johns Franchisor SPV, LLC*, cause no. 6:22-cv-889-RP (W.D. Tex. Aug. 30, 2022); *Bassfield IP, LLC v. Satellite Industries, Inc.*, cause no. 6:22-cv-891-FB (W.D. Tex. Aug. 30, 2022); *Bassfield IP, LLC v. Success Foods Management Group, LLC*, cause no. 6:22-cv-895-JKP (W.D. Tex. Aug. 30, 2022).

[2] *See* Amended Plan for Random and Direct Assignment of Cases in Multi-Judge Divisions, § IV(A) ("Related Cases"), *available at* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Amended%20Plan%20for%20Random%20and%20Direct%20Assignment%20of%20Cases%20in%20Multi-Judge%20Divisions.pdf.

Assigning Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

**SO ORDERED.**

**SIGNED** on this ___1st___ day of _____September_____, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

ACCEPTED:

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE